BTXN 112 (rev. 10/02)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
Chad Lewis Duckworth § Case No.: 24–41493–mxm7
Rachel Emily Johnston § Chapter No.: 7
 Debtor(s) §

# ORDER APPROVING TRUSTEE REPORT AND DISCHARGING TRUSTEE

The Trustee appointed in the above listed case has filed the Trustee's Report. It is, therefore

**ORDERED** that the trustee be discharged.

DATED: 7/24/24        FOR THE COURT:
               Kevin McNatt, Clerk of Court